# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:18mj 251 |
| **DASHAWN WEBSTER** | ) | |
| *Defendant* | ) | |

FILED
MAY 18 2018
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>November 2016,</u> in the city of <u>Portsmouth</u>, in the <u>Eastern</u> District of <u>Virginia</u> and elsewhere, the defendant violated:

| *Code Section(s)* | *Offense Description(s)* |
|---|---|
| Count One:<br>18 U.S.C. § 2251(a) | Whoever employs, uses, persuades, induces, entices, or coerces, or attempts to do so, any minor to engage in… any sexually explicit conduct for the purpose of producing any visual depiction of such conduct…shall be punished… if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed. |
| Count Two:<br>18 U.S.C. § 2252(a)(2) | Whoever knowingly distributes, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct, shall be punished. |

This criminal complaint is based on these facts: **Please see attached Affidavit.**

READ AND REVIEWED:

_____
Elizabeth M. Yusi
Assistant United States Attorney

☒ Continued on the attached sheet.

Sworn to before me and signed in my presence.

Date: 5/18/18

City and state: Norfolk, VA

_____
*Complainant's signature*
Paul Wolpert, HSI Special Agent
*Printed name and title*

_____
*Judge's signature*
Douglas E. Miller
United States Magistrate Judge
*Printed name and title*