JS 45 (11/2002)

**REDACTED**

**Criminal Case Cover Sheet** — **U.S. District Court**

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Criminal Complaint: | Criminal Number: 2:18mj251 |
| County/Parish: | Same Defendant: DASHAWN WEBSTER | New Defendant: |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | • |
| | R 20/R 40 from District of _____ . | |

**Defendant Information:**

| Juvenile: Yes ☐ No ☒ | FBI# | |
|---|---|---|
| Defendant Name: DASHAWN WEBSTER | | Alias Name(s): |

Address: Portsmouth, Virginia 23702

| Birth Date: 1995 | SS#: | Sex: Male | Race: Black | Nationality: USA | Place of Birth: |
|---|---|---|---|---|---|
| Height: 6'1" | Weight: 378 lbs. | Hair: black | Eyes: brown | Scars/Tattoos: | |

Interpreter: Yes ☐ No ☒   List Language and/or dialect:

**Location Status:**

Arrest Date:

☒ Already in Federal Custody as of: May 18, 2018  in:

☐ Already in State Custody ☐ On Pretrial Release ☐ Not in Custody
☐ Arrest Warrant Requested ☐ Fugitive ☐ Summons Requested
☐ Arrest Warrant Pending ☒ Detention Sought ☐ Bond

**Defense Counsel Information:**

| Name: | ☐ Court Appointed |
|---|---|
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| AUSA: Elizabeth M. Yusi | Telephone No. 757-441-6331 | Bar #: 91982 |
|---|---|---|

**Complainant Agency, Address & Phone Number or Person & Title:**

Homeland Security Investigations, Norfolk

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2251(a) | Production of Child Pornography | 1 | Felony |
| Set 2 | 18 U.S.C. § 2252(a)(4)(B) | Distribution of Images of Minors Engaging in Sexually Explicit Conduct | 2 | Felony |
| Set 3 | | | | |
| Set 4 | | | | |