**INITIAL APPEARANCE MINUTES:**

Time set: <u>**2:30 p.m.**</u>
Start Time: <u>2:37 pm</u>
End Time: <u>2:40 pm</u>

Split Time   (   )

Date: <u>5/18/2018</u>
Presiding Judge: <u>Douglas E. Miller, USMJ</u>
Courtroom Deputy: <u>Brooke Jewband</u>
Reporter: <u>FTR</u>
U.S. Attorney: <u>Randy Stoker</u>
Defense Counsel: <u>✗</u>
(   ) Retained (   ) Court appointed (   ) AFPD
Interpreter: _____

Case Number: <u>2:18mj251</u>
USA v. <u>Dashawn Webster</u>

✗ Keith Kimball, AFPD, present;
FPD appt. on record

( x ) Deft. Present ( x ) custody (   ) not in custody
( x ) Initial Appearance   (   ) Indictment   (   ) Probation Violation Petition (   ) Supervised Release Petition
    (   ) Criminal Information   (   ) Rule 5 arrest   (   ) Rule 32 arrest ( x ) Criminal Complaint
( x ) Deft. advised of rights, charges and right to counsel
( ✓ ) Counsel desired (   ) Defendant to retain: _____
(   ) Defendant's motion to substitute counsel
(   ) Order to substitute counsel executed and filed in open court
( ✓ ) Financial Affidavit filed in open Court
( ✓ ) Court ( ✓ ) Directed   (   ) Denied  appointment of counsel
(   ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and
    continue each month thereafter until paid in full.
(   ) Defendant waived (   ) Removal (   ) Preliminary hearing (In this District only)
(   ) Defendant executed Waiver of Removal Hearing (   ) Waiver of Identity Hearing (In this District only)
(   ) Waiver of Detention Hearing (In this District only)
(   ) Commitment to Another District entered and filed in open court
( ✓ ) ( ✓ ) Preliminary (   ) Removal Hearing set for __<u>5/23/18</u>__ at __<u>2:30 pm</u>__ before
    _____<u>DEM</u>_____ U.S. Magistrate Judge in __<u>Mag Two</u>__.
(   ) Preliminary Hearing           (   ) Held (   ) Waived.  (   ) Defendant stipulated to probable cause
(   ) Court finds probable cause (   ) Defendant held for Grand Jury (   ) Defendant remanded to custody of
    U.S. Marshal for removal to charging district
( ✓ ) Government motion for Detention
(   ) Government motion to withdraw motion for detention and set bond (   ) Granted           (   ) Denied
( ✓ ) Detention Hearing scheduled for __<u>5/23/18</u>__ at __<u>2:30 pm</u>__ before <u>DEM Mag Two</u>.
(   ) Detention Hearing (   ) Held (   ) Waived in_____.
( ✓ ) Temporary Detention Order entered and filed (   ) Detention Ordered Pending Trial
(   ) Bond set at $_____
(   ) Special Conditions of Release: **(See Page 2)**
( ✓ ) Deft. remanded to custody of  U. S. Marshal
(   ) Warrant returned executed and filed in open court
(   ) Defendant is directed to appear on _____ at _____ for
    (   ) Arraignment (   ) SRVH  (   ) PVH (   ) Bench
    Trial
    (   ) Norfolk (   ) Newport News
(   ) _____
(   ) _____