# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

**UNITED STATES OF AMERICA,**

v.                                                        **Criminal Case No. 2:18mj251**

**DASHAWN WEBSTER,**

      **Defendant.**

## ORDER OF DETENTION

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) and Rule 5.1 of the Federal Rules of Criminal Procedure, a detention hearing and preliminary hearing were held on May 23, 2018 for this defendant.

The defendant appeared with counsel and freely and voluntarily waived his right to a preliminary hearing and his right to an immediate detention hearing. The court advised the defendant of his right to a preliminary hearing in accordance with Rule 5.1 and his right to a detention hearing within the procedural requirements of 18 U.S.C. § 3142, and the effect of his waivers. After inquiry the court determined that both waivers were knowing and voluntary. Therefore the defendant is ORDERED detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Clerk shall mail or deliver a copy of this order to (i) the United States Attorney, (ii) the United States Marshal, (iii) the United States Probation Office, and (iv) counsel of record for Defendant.

/s/ Douglas E. Miller
United States Magistrate Judge

DOUGLAS E. MILLER
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia

May 23, 2018